# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

JOHN BARRETT SMELLEY HUSBAND
OF/AND REBECCA SMELLEY

VERSUS

NATIONAL LIABILITY AND FIRE
INSURANCE COMPANY, RUSSELL
B. JACKSON, WESTERN WORLD
INSURANCE COMPANY AND EAST
BATON ROUGE HEAD START
CENTER

NO.   2025 CW 0761

**NOVEMBER 17, 2025**

---

In Re:   Travelers Indemnity Company of Connecticut, applying
for supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 646363.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT NOT CONSIDERED.** The writ application failed to include
the signed return date order which is required by Rule 4-
5(C)(11) of the Uniform Rules of Louisiana Courts of Appeal. In
addition, the writ application further failed to comply with
Rule 4-5(B), as it failed to provide the corresponding page
numbers for all attachments.

Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation,
including the missing items, and documentation to show the
original writ application was timely, and must comply with Rule
2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new
application must be filed on or before December 02, 2025, and
must contain a copy of this ruling.

                              **SMM**
                              **BDE**
                              **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT